# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| **SHANE SCOFIELD** ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 24-cv-603-MEH |
| **LGG OPERATIONS, LLC** ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Eryn Martinez, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to LGG Operations, LLC in Larimer County, CO on March 13, 2024 at 5:48 pm at 1886 Park Drive, Loveland, CO 80538 by leaving the following documents with Bo Stohler who as Registered Agent at LGG Operations LLC is authorized by appointment or by law to receive service of process for LGG Operations, LLC.

Complaint
Additional Description:
A white female in her mid-30s, with long brown hair and brown eyes, answered the door. She confirmed that the subject is a current resident and called for him. A short time later, a white male in his late 30s, with short brown hair and brown eyes, came to the door. He identified himself as Bo Stohler, the registered agent of the company. After identifying himself, he accepted service.
There was a black truck, CO plate BKUZ52, and a black sedan, CO plate QRE776, parked outside of the home.

White Male, est. age 35-44, glasses: N, Brown hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=40.4187923,-105.0488662
Photograph: See Exhibit 1

I DECLARE, UNDER OATH AND UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF COLORADO, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in Larimer County, CO on 3/13/2024.

/s/ *Eryn Martinez*

Signature
Eryn Martinez
+1 (970) 685-2959

