## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-CV-00603

SHANE SCOFIELD, individually and on behalf of all others similarly situated,

        Plaintiff,

vs.

LGG OPERATIONS, LLC,

        Defendant.

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant LGG Operations, LLC ("Defendant"), through counsel, respectfully submits this Unopposed Motion for Extension of Time to Respond to Plaintiff Shane Scofield's ("Plaintiff") Complaint (Doc. No. 1) pursuant to D.C.COLO.LCivR 6.1 and Fed. R. Civ. P. 6(b). In support thereof, Defendant states as follows:

### D.C.COLO.LCivR 7.1(a) Certification

Counsel for the parties have conferred about this motion. Plaintiff and Defendant stipulated to May 9, 2024, as the extended date for Defendant to answer or otherwise respond to the Complaint.

1. Plaintiff filed his Complaint against Defendant on March 5, 2024. (Doc. No. 1).

2. On March 13, 2024, Defendant was served with summons and a copy of the Complaint.

1

3. Defendant's counsel has just recently been engaged and requires additional time to confer with their client, review any necessary documents, and prepare an appropriate response to the Complaint.

4. Counsel for the parties have conferred and agree to an extension of time up to and including 30 days from the filing of this motion, through May 9, 2024, for Defendant to file an answer or otherwise respond to the Complaint.

5. This is Defendant's first requested extension of time.

6. This motion is not interposed for purposes of delay or harassment. On the contrary, this motion is unopposed and the extended deadline of May 9, 2024, is the result of good faith conferral efforts by counsel.

7. Undersigned counsel certifies that pursuant to D.C.COLO.LCivR 6.1(c), a copy of this motion will be served on Defendant immediately after filing.

WHEREFORE, for good cause shown and pursuant to D.C.COLO.LCivR 6.1 and Fed. R. Civ. P. 6(b), Defendant respectfully requests the Court grant this motion and extend its deadline to answer or otherwise respond to the Complaint up to and including May 9, 2024.

DATED this 9th day of April 2024.

| | |
|---|---|
| Respectfully submitted, | */s/ Richard M. Murray*<br>Richard M. Murray, Esq.<br>Polsinelli PC<br>1401 Lawrence St., Suite 2300<br>Denver, CO 80202<br>T: (303) 572-9300<br>F: (303) 572-7883<br>Email: rmurray@@polsinelli.com<br>*Attorney for Defendant* |

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of April 2024, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Anthony I. Paronich**
  anthony@paronichlaw.com

                                              */s/ Richard M. Murray*
                                              Richard M. Murray