## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-CV-00603

SHANE SCOFIELD, individually and on behalf of all others similarly situated,

        Plaintiff,

vs.

LGG OPERATIONS, LLC,

        Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

THE COURT having reviewed and considered the Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint (the "Motion") filed by Defendant LGG Operations, LLC ("Defendant"), together with the pleadings and documents on file and otherwise being fully advised in the premises, pursuant to D.C.COLO.LCivR 6.1 and Fed. R. Civ. P. 6(b) and for good cause shown, hereby GRANTS the Motion.

IT IS HEREBY ORDERED that Defendant shall have up to and including May 9, 2024, to file an answer or otherwise respond to the Plaintiff's Complaint.

DATED this \_\_\_\_ day of April 2024.

        BY THE COURT:

        _____
        Hon. Michael E. Hegarty
        Chief United States Magistrate Judge