IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00603-MEH

SHANE SCOFIELD, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

LGG OPERATIONS, LLC

    Defendant.

### UNOPPOSED MOTION TO SUBSTITUTE PARTY NAME

Plaintiff Shane Scofield by his undersigned counsel, files this unopposed motion to substitute "Greeley Fitness LLC" for the currently named "LGG Operations LLC". According to counsel for the Defendant, it is Greeley Fitness LLC that is the appropriate party for this case.

RESPECTFULLY SUBMITTED AND DATED this 1st day of May, 2024.

By: */s/ Anthony I. Paronich*

Anthony I. Paronich
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

*Attorneys for Plaintiff and the Proposed Class*

94752551.1

94752551.1