IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00603-MEH

SHANE SCOFIELD,

    Plaintiff,

v.

LGG OPERATIONS, LLC,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, Chief United States Magistrate Judge, on May 3, 2024.**

    Pursuant to the consent form filed by the Parties declining consent under D.C.COLO.LCivR 40.1(c) [ECF 10], the Court directs the Clerk of the Court to **reassign** this case under D.C.COLO.LCivR 40.1(a). This Court may continue on the case to hear matters referred by the district judge under 28 U.S.C. § 636(b), Fed. R. Civ. P. 72, and D.C.COLO.LCivR 72.1(c).